**E-FILED**
Thursday, 07 November, 2013  10:45:06 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 13-30038 |
| | ) | |
| NATHANIEL GARECHT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

RICHARD MILLS, U.S. District Judge:

This matter is before the Court on Defendant Nathaniel Garecht's
Pretrial Motions.  The Motions were referred to United States Magistrate
Judge Byron G. Cudmore for a Report and Recommendation, wherein Judge
Cudmore recommended that Defendant's Pretrial Motions be Denied.  The
Defendant has filed Objections to the Report and Recommendation.

The Court has carefully reviewed the record including the Defendant's
Pretrial Motions, the Government's Response and the Defendant's Reply.

The Defendant contends that evidence should be suppressed for a
number of reasons.  He claims that the search warrant was invalid and

insufficient to establish probable cause.  The Defendant further alleges there was no probable cause for his arrest based on the confidential source's actions and information.  Although he acknowledges that *Miranda* warnings were given, the Defendant asserts his statements were involuntary based on the circumstances of his arrest and his emotional distress.  Additionally, the Defendant contends the digital recordings of his statements violated the eavesdropping statutes and should be suppressed.  Finally, the Defendant asserts that because of these alleged violations, his confession must be suppressed as fruit of the poisonous tree.

The Court has carefully considered the magistrate judge's Report and Recommendation and the Objections thereto.  The Objections are general and simply restate the arguments made in the Defendant's Pretrial Motions.

The Report and Recommendation addresses each of the Defendant's arguments in detail.  For the reasons contained therein, the Court finds there is no basis to suppress the evidence and statements as alleged in the Defendant's Pretrial Motions.  The Court further concludes there was

probable cause to arrest the Defendant.

Ergo, the Court hereby ADOPTS the Report and Recommendation entered by the United States Magistrate Judge [d/e 25] and DENIES the Defendant's Pretrial Motions [d/e 11].

ENTER: November 6, 2013

FOR THE COURT:

_s/Richard Mills_
Richard Mills
United States District Judge

3